UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ETTA FANNING, <br>     Plaintiff, <br><br> v. <br><br> CITY OF SHAVANO PARK, TEXAS <br>     Defendant. | Civil Case No. 5:18-cv-00803-XR |

## **Proposed Order**

On this day came on to be considered Plaintiff's unopposed motion for leave to file exhibits to her Motion for Summary Judgment. Having considered the motion and argument of counsel, if any, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that motion is GRANTED. The Clerk shall file the exhibits to be considered with Plaintiff's motion for summary judgment.

SO ORDERED this _____ day of _____ 2019

_____
JUDGE PRESIDING