# Index of Exhibits

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Etta Fanning Deposition Excerpts |
| 2 | July 27, 2018, Voicemail From HOA President Adam Holzhauer to City Manager Bill Hill Regarding Banner Signs (Audio file submitted by flash-drive) |
| 3 | City Ordinance Violation Reports from M. Kerr and R. Lacy |
| 4 | July 27, 2018, text conversation between Etta Fanning and Bill Hill |
| 5 | Bill Hill Deposition Excerpts |
| 6 | July 27, 2018, email from Daniel Santee to Jerad Najvar |
| 7 | Defendant Shavano Park's Answers to Plaintiff's First Set of Interrogatories |
| 8 | The Sign Code, Ord. No. O-2016-010 |
| 9 | City Policy No. 11 |