# Exhibit 2

July 27, 2018, Voicemail From HOA President Adam Holzhauer to City Manager Bill Hill Regarding Banner Signs (Audio file submitted by flash-drive)