**Etta:**

Yes due to lack of action to remedy- no one called me back after I spoke to u last night, chief did not call me as u promised, and signs were not returned to me r put back up.

Fri, Jul 27, 4:55 PM

**[Sent]:** After further investigation, I determined one sign was on private property and not in violation – that was returned. Your attorney has response from our attorney. Call if you have questions
Exhibit 4
Shavano Park Bates No. 00034






**Etta:** Returned where? All signs had the homeowners permission to place.

**[Sent]:** One was on the HOA median another was on the HOA property next to a residence (it looks like it is on private property and very close, but outside). I made them take me out and show me where the signs were. Has your attorney contacted you.



Exhibit 4
Shavano Park Bates No. 00035

them take me out and show me where the signs were. Has your attorney contacted you.



On the south entrance, this was replaced

Delivered

Exhibit 4
Shavano Park Bates No. 00036