| | |
|---|---|
| **From:** | Daniel Santee <daniel.santee@rampage-sa.com> |
| **Sent:** | Friday, July 27, 2018 4:45 PM |
| **To:** | Jerad Najvar; Habib Erkan |
| **Cc:** | Charles Zech; Bill Hill |
| **Subject:** | RE: URGENT ACTION REQUESTED - City of Shavano Park Sign Policy |

Mr. Najvar,

I apologize for the delayed response but I was conducting witness interviews elsewhere today. In regards to your emails about the Shavano Park Sign Ordinance, one of the confiscated yard signs was returned to its original location after further review. The others, however, were on HOA owned property without permission and in violation of the ordinance. The four banner signs were placed at the entrance of the subdivision on HOA owned property, also without HOA permission. Banner signs are allowed in residential districts under very strict limitations concerning the time of year. The banners in question were not placed by the HOA nor during the allowed period of the year.

The City only seeks compliance and will return the remaining signs without issuing citations if we agree on the following: 1) Banners may not be placed at the entrance unless during the authorized period in October and by the HOA. 2) 18" x 27" signs can be displayed for this event if solely on private residential property with the property owner's permission. Adherence to these stipulations will be in conformance with the ordinance.

Let me know if this is acceptable and the remaining signs will be returned.

**T. Daniel Santee**
**Attorney**

**DENTON NAVARRO ROCHA BERNAL & ZECH**
**A Professional Corporation**

**2517 N. Main Avenue**
**San Antonio, Texas 78212**
**www.rampagelaw.com**

**Fax (210) 225-4481**
**Office (210) 227-3243**
**daniel.santee@rampage-sa.com**

*CONFIDENTIALITY NOTICE*

*This transmission is intended for the individual or entity to which it is addressed, and may be information that is PRIVILEGED & CONFIDENTIAL. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient and have received this information in error, you are hereby notified that any dissemination, distribution, or copying of this communications is prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Jerad Najvar [mailto:jerad@najvarlaw.com]
**Sent:** Friday, July 27, 2018 1:05 PM
**To:** Habib Erkan <habib.erkan@rampage-sa.com>
**Cc:** Charles Zech <charles.zech@rampage-sa.com>; Daniel Santee <daniel.santee@rampage-sa.com>
**Subject:** Re: URGENT ACTION REQUESTED - City of Shavano Park Sign Policy