# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ETTA FANNING, MARY JANE SMOOT, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. SA-18-CV-00803-XR |
| § | |
| CITY OF SHAVANO PARK, TEXAS, § | |
| § | |
| *Defendant.* § | |
| § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Final Judgment is rendered pursuant to FED. R. CIV. P. 58. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Etta Fanning and Mary Jane Smoot's claims against Defendant City of Shavano Park are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** March 14, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE